**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00221-CV**
_____

**IN THE INTEREST OF A.E.**

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-240,683**

**MEMORANDUM OPINION**

On May 18, 2023, the trial court signed an order terminating the parental rights of L.M.[1] to her child, A.E. On July 3, 2023, L.M. filed a notice of appeal. We questioned our jurisdiction. L.M. filed a response but did not establish that the notice of appeal had been timely filed.

An appeal is accelerated in a case where the trial court ordered termination of parental rights. *See* Tex. Fam. Code Ann. §§ 109.002(a-1), 263.405(a); *see also* Tex.

_____

[1] We refer to the appellant and the minor by their initials. *See* Tex. Fam. Code Ann. § 109.002(d); Tex. R. App. P. 9.8(b)(2).

1

R. App. P. 28.4(a)(1). Accordingly, a notice of appeal is due twenty days after the trial court signs the final order. *See* Tex. R. App. P. 26.1(b), 28.1(b). The appellant has not shown that she filed a notice of appeal within the time authorized for perfecting an accelerated appeal or for requesting an extension of time to file a notice of appeal. *See* Tex. R. App. P. 26.1(b), 26.3. Therefore, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 9, 2023
Opinion Delivered August 10, 2023

Before Golemon, C.J., Horton and Wright, JJ.